ELECTRONICALLY FILED
2/10/2012 4:33 PM
CV-2011-900308.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
FLORENCE CAUTHEN, CLERK

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| MARY GARDNER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2011-900308.00 |
| GMAC MORTGAGE, FICTITIOUS DEFENDANTS A, B, C, | ) |
| Defendants. | ) |

RECEIVED
2012 FEB 13 A 11: 36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant GMAC Mortgage, LLC ("GMAC") hereby gives notice to the Circuit Court of Montgomery County, Alabama, and to counsel for Plaintiff, that GMAC, with the consent of co-defendant MGC Mortgage, Inc., has today filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. Attached is a copy of the Notice of Removal.

DATED this 10th day of February, 2012.

Respectfully submitted,

/s/ Jon H. Patterson
Jon H. Patterson (PAT066)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8403
Facsimile: (205) 488-6403
jpatterson@babc.com

For Defendant GMAC Mortgage, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been filed using the court's Alafile system on this 10th day of February, 2012, which shall serve a copy upon the following listed persons:

Arlene Richardson  
Richardson Legal Center, LLC  
18615 Montgomery Highway  
Post Office Box 6  
Highland Home, AL 36041  

John David Collins  
Maynard Cooper & Gale, P.C.  
1901 Sixth Avenue North  
2400 Regions/Harbert Plaza  
Birmingham, AL 35203  

                                                s/ Jon H. Patterson  
                                                OF COUNSEL