IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARY GARDNER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No: 2:12-cv-00131-WKW-TFM |
| ) | |
| **GMAC MORTGAGE, LLC and** ) | |
| **MGC MORTGAGE, INC.,** ) | |
| ) | |
| Defendants. ) | |

## MGC MORTGAGE, INC.'S EXPERT DISCLOSURES

Defendant MGC Mortgage, Inc. ("MGC"), pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Scheduling Order, submits its disclose of expert witnesses to be supplemented as necessary in accordance with Fed. R. Civ. P. 26(e):

### I.   RETAINED EXPERTS

MGC designates the following retained expert witness:

Doug Williams
GRIFFIN BUILDING GROUP, LLC
P.O. Box 660165
Birmingham, AL 35266

Mr. Williams is the President and Owner of Griffin Building Company. Mr. Williams will offer testimony relating to the cause of damage to Plaintiff's roof, the estimated cost of repair, and the absence of an increase in the scope of work due to the lapse in time between the date of the loss and date of repair. Mr. Williams will also offer rebuttal testimony to the opinion of Norman Bone. A copy of Mr. Williams's Report with supporting materials will be provided to Plaintiff and GMAC.

1

## II. REBUTTAL EXPERTS

MGC reserves the right to call any rebuttal experts.

Dated: October 1, 2012

Respectfully Submitted,

/s/ John David Collins
John David Collins
Maynard, Cooper & Gale, P.C.

*Attorney for MGC Mortgage, Inc.*

OF COUNSEL:
**Maynard, Cooper & Gale, P.C.**
1901 Sixth Avenue North,
Suite 2400
Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1104 Telephone
(205) 254-1999 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Arlene Richardson
Richardson Legal Center, LLC
18615 Montgomery Highway
Post Office Box 6
Highland Home, AL 36041

Jon H. Patterson
BRADLEY ARANT BOULT CUMMINGS, LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8000
Facsimile: (205) 488-6403

/s/ John David Collins
Of Counsel